**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00503-CV

### IN RE JAMES PENNEY AND RUTH PENNEY, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-1835-T**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
           JUSTICE